RECEIVED

FEB 2 6 2009

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **DARREL ARTIS, AKA DARRELL ARTIS**<br>**LA. DOC # 306752**<br>**VS.** | **CIVIL ACTION NO. 08-1941**<br><br>**SECTION P** |
| **WARDEN BURL CAIN** | **JUDGE DOHERTY**<br>**MAGISTRATE JUDGE METHVIN** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 26 day of _____, 2009.

_____
**REBECCA F. DOHERTY**
**UNITED STATES DISTRICT JUDGE**