RECEIVED

MAR 2 7 2009 CTO

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**DARREL ARTIS**

**VERSUS**

**WARDEN, LSP**

**CIVIL ACTION NO. 2:08CV1941**

**JUDGE DOHERTY**

**MAGISTRATE JUDGE METHVIN**

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

___ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _____, Louisiana, this 27 Day of March 2009.

_____
Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE